Ed Dunlavey
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0243

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket 6:09-mj-00011-YNP |
| | ) | |
| Plaintiff, | ) | MOTION TO DISMISS; |
| | ) | AND ORDER THEREON |
| v. | ) | |
| | ) | |
| SHERI S. OGDEN , | ) | |
| | ) | |
| Defendant. | ) | |

The defendant having met all conditions of deferral, the United States hereby moves the Court for an order of dismissal pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon.

Dated: February 21, 2010                NATIONAL PARK SERVICE


                                        /S/ Susan St. Vincent
                                        Susan St. Vincent
                                        Acting Legal Officer


**ORDER**

It is so ordered:


Dated: 22 February , 2010                By: /s/ Dennis L. Beck
                                        Honorable Dennis L. Beck
                                        United States Magistrate Judge

1